PS 8
(12/04)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 1 4 2005

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.   Rudy Moreno   Docket No.   2:05CR02011-001 - FVS

### Petition for Action on Conditions of Pretrial Release

   COMES NOW James A. Moon, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Rudy Moreno who was placed under pretrial release supervision by the Honorable Michael W. Leavitt sitting in the court at Yakima, Washington, on the 27th day of January 2005, under the following conditions:

**Condition No. 10**: If so directed, the defendant shall submit to a regular urinalysis or related testing, as directed by a United States Probation Officer to see that defendant remains substance free.

**Condition No. 6**: The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

**Condition No. 3**: The defendant shall report to U.S. Probation upon release from the Yakima County District Court matter and maintain contact with U.S. Probation.

**Condition No. 4**: The defendant shall not commit any offense in violation of Federal, state, or local law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation No. 1**: Mr. Rudy Moreno is considered to be in violation of the conditions of his pretrial supervision in the Eastern District of Washington, by having failed to submit to urinalysis testing on April 27, 2005, May 5, 2005, and May 9, 2005.

**Violation No. 2**: Mr. Rudy Moreno is considered to be in violation of the conditions of his pretrial supervision in the Eastern District of Washington, by having failed to appear for a hearing in U.S. District Court at Yakima before the Honorable Fred Van Sickle, U.S. District Judge, on May 12, 2005.

**Violation No. 3**: Mr. Rudy Moreno is considered to be in violation of the conditions of his pretrial supervision in the Eastern District of Washington, by having failed to report to his supervising U.S. pretrial services officer since May 12, 2005.

**Violation No. 4**: Mr. Rudy Moreno is considered to be in violation of the conditions of his pretrial supervision in the Eastern District of Washington, by having committed the offenses of attempting to elude a pursuing police vehicle, possession of dangerous weapon, and drug paraphernalia prohibited, on or about August 8, 2005.

PRAYING THAT THE COURT WILL ORDER A WARRANT

Respectfully submitted,

by *James A Moon 10/14/05*

James A. Moon
U.S. Probation Officer

Sworn to before me, and subscribed at Yakima, Washington

*Michael W. Leavitt*  10/14/05
Signature of Judicial Officer        Date

THE COURT ORDERS

[✓] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Michael W. Leavitt*
Signature of Judicial Officer

10/14/05
Date